UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA FORT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISORAY, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-05942-SK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Regarding Docket Nos. 12, 13 |

This matter is before the Court on Relator Donna Fort's Rule 41 Notice of Voluntary Dismissal, in which Relator gave notice of voluntary dismissal of all claims in her original complaint without prejudice as to Relator and without prejudice as to the United States and the State of California. The United States and the State of California have consented to dismissal, as required pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California Insurance Fraud Prevention Act, CAL. INS. CODE 1871.7(e)(1).

The Court, having considered this matter, hereby grants dismissal without prejudice as to Relator and without prejudice as to the United States and the State of California.

**IT IS SO ORDERED**.

Dated: January 29, 2024

_____
SALLIE KIM
United States Magistrate Judge